

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00145-CV

———————————————

IN THE INTEREST OF T.E., A CHILD

---

On Appeal from the 231st District Court
Tarrant County, Texas
Trial Court No. 231-737023-23

---

Before Womack, Wallach, and Walker, JJ.
Memorandum Opinion by Justice Womack

**MEMORANDUM OPINION**

Appellant C.R. (Mother) seeks to appeal the trial court's "Initial Permanency Hearing Order Before Final Order" (the Order).

On April 9, 2024, we notified Mother of our concern that we lacked jurisdiction over this appeal because the Order did not appear to be a final judgment or appealable interlocutory order. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195, 200 (Tex. 2001) (holding that, generally, appeals may be taken only from final judgments or interlocutory orders authorized by statute); *In re S.E.M.*, No. 12-05-00008-CV, 2005 WL 612839, at *1 (Tex. App.—Tyler Mar. 16, 2005, no pet.) (per curiam) (mem. op.) (dismissing appeal of order entered after an initial permanency hearing for want of jurisdiction because order was not a final judgment or an appealable interlocutory order).

We informed Mother that unless she or any party filed a response showing grounds for continuing the appeal, we could dismiss it for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. While Mother has filed a response, it does not show grounds for continuing the appeal.[1] Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Lehmann*, 39 S.W.3d at 195, 200; *S.E.M.*, 2005 WL 612839, at *1.

---

[1]Mother's response addresses the merits of her challenges to the Order without addressing the jurisdictional issue.

/s/ Dana Womack

Dana Womack
Justice

Delivered:  May 2, 2024